KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 05-2414 CW |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| (1) REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1069 CANYON CREEK TERRACE, FREMONT, CALIFORNIA, AND | ) ) ) ) ) | |
| (2) $223,883.61 WHICH ARE THE NET PROCEEDS FROM THE SALE OF 9900 LONGVIEW LANE, PLEASANTON, CALIFORNIA, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

The parties agree, subject to the Court's approval, that (1) the instant civil forfeiture case

be stayed pending resolution of the related criminal case in district court pursuant to 18 U.S.C.

§ 981(g)(1) and (2); and (2) that the case management conference currently scheduled in this

civil case for January 23, 2006 at 2:30 p.m. be taken off calendar.[1]

On June 30, 2005, this Court concluded that the instant case is related to a pending

criminal case. *See* Order Relating Cases, filed June 30, 2005; *see also United States v. Mirza*

---

[1]   An independent reason for taking the case management conference off calendar is that
the undersigned AUSA and counsel, J. Christopher Hall, who represents two claimants in this
civil case, are both unavailable on January 23, 2005.

Stip & Order Staying Case
C 05-2414 CW

*Ali, et al.*, No. 02-40081 CW (Superseding Indictment returned March 10, 2005). As background, on March 10, 2005, a federal grand jury for the Northern District of California charged in a superseding indictment, Mirza Ali, a/k/a Zulfigar Eqbal, Sameena Ali, a/k/a Sameena Eqbal, a/k/a Sameena Ikbal, Keith Griffin, and William Glushenko with a number of criminal violations: 18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 1341 – Mail Fraud; 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 1956(h) – Conspiracy to Launder Money; 18 U.S.C. § 1956(a)(1)(A)(i) – Money Laundering (Promotion); 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering (Concealment); 18 U.S.C. § 1956(a)(2)(B)(i) – Money Laundering (Exportation); 18 U.S.C. § 2 – aiding and abetting; and 18 U.S.C. § 982 – Criminal Forfeiture. The criminal forfeiture allegations in the superseding indictment name, *inter alia*, two parcels of real property: 1069 Canyon Creek Terrace, Fremont, California, and 9900 Longview Lane, Pleasanton, California. *See United States v. Mirza Ali, et al.*, No. 02-40081 CW (Superseding Indictment returned March 10, 2005).

On June 15, 2005, plaintiff United States filed the above captioned civil forfeiture action, naming as defendants 1069 Canyon Creek Terrace, Fremont, California ("Defendant Canyon Creek Parcel"), and the proceeds from the interlocutory sale in the criminal action of 9900 Longview Lane, Pleasanton, California ("Longview Lane Parcel"). *See United States v. Mirza Ali, et al.*, No. 02-40081 CW, Stipulation for Withdrawal of Pendency of Action (Lis Pendens) and Disposition of funds from Property, and Order, filed August 28, 2002. The civil forfeiture action is based on allegations that the funds used to purchase both Defendant Canyon Creek Parcel and the Longview Lane Parcel can be traced back to the proceeds of wire fraud, as can the proceeds of the interlocutory sale of the Longview Lane Parcel which resulted in the establishment of Defendant Funds in American Title Company Escrow No. 752101.

Because of the relationship of this civil to the pending criminal case which is scheduled for trial on February 13, 2006, the parties agree that until further order of the Court that the instant case should be stayed and that the case management conference currently scheduled for January 23, 2005 at 2:30 p.m. be taken off calendar.

Stip & Order Staying Case
C 05-2414 CW

1

2

      Nothing in this Stipulation shall affect Washington Mutual's right to initiate foreclosure proceedings and to foreclose on the Canyon Creek Parcel, and all of such rights under the subject loan documents and applicable law are expressly reserved. Counsel for Washington Mutual agrees to file a notice with the Court of foreclosure proceedings against Canyon Creek Parcel if it comes to his attention that foreclosure proceedings have been initiated.

3

4

5

IT IS SO STIPULATED:

6

7

Dated: January ___, 2006

8

9

Dated:  January ___, 2006

10

11

12

13

Dated:  January ___, 2006

14

15

16

17

18

Dated:  January ___, 2006

19

20

21

Dated:  January ___, 2006

22

23

24

25

.

26

27

28

KEVIN V. RYAN
United States Attorney

_____
PATRICIA J. KENNEY
Assistant United States Attorney
Attorney for the United States

_____
KRISTIAN D. WHITTEN
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Attorney for the Calif. Franchise Tax Board

_____
SCOTT J. STILMAN
THERESA M. MARCHLEWSKI
9200 Oakdale Ave., Seventh Floor
Mail Stop N110701
Chatsworth, CA 91311
Attorneys for Washington Mutual Bank

PRESTON GATES & ELLIS LLP

_____
KATHLEEN O. PETERSON
Four Park Plaza, Suite 1900
Irvine, CA 92614-8559
Attorneys for Microsoft

_____
J. CHRISTOPHER HALL
Attorney for Wajahat Ali
  And Zulfiqar Eqbal

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED ON THIS 9TH OF JANUARY, 2006 **that the CMC is continued to 4/28/06 at 1:30 p.m.**

_____
HONORABLE CLAUDIA WILKEN

Stip & Order Staying Case
C 05-2414 CW

United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip & Order Staying Case
C 05-2414 CW