KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>(1) REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1069 CANYON CREEK TERRACE, FREMONT, CALIFORNIA, AND<br>(2) $223,883.61 WHICH ARE THE NET PROCEEDS FROM THE SALE OF 9900 LONGVIEW LANE, PLEASANTON, CALIFORNIA,<br><br>                Defendants.<br><br>WAJAHAT ALI,<br>ZULFIQAR EQBAL,<br>WASHINGTON MUTUAL BANK AND FRANCISE TAX BOARD STATE OF CALIFORNIA,<br><br>                Claimants. | No. C 05-2414 CW<br><br>STIPULATION AND ORDER STAYING THE INSTANT CASE UNTIL RESOLUTION OF THE RELATED CRIMINAL CASE<br>**AS MODIFIED** |

     On January 5, 2006, the parties filed a stipulation and proposed order agreeing to stay the instant case pending resolution of the related criminal case in district court pursuant to 18 U.S.C. § 981(g)(1) and (2), and also agreeing to take the case management conference ("CMC") off

calendar. The Court entered the stipulation as an order on January 9, 2005 and rescheduled the case management conference ("CMC") for April 28, 2006 at 1:30 p.m.

The parties agree, subject to the Court's approval, that the CMC should be rescheduled again for July 7, 2006 at 1:30 p.m. The reason for the requested rescheduling is that the related criminal case is still pending. *See* Stipulation and Order entered January 9, 2005; *see also United States v. Mirza Ali, et al.*, No. 02-40081 CW (Superseding Indictment, March 10, 2005).

IT IS SO STIPULATED:

Dated: April __, 2006

KEVIN V. RYAN
United States Attorney

_____
PATRICIA J. KENNEY
Assistant United States Attorney
Attorney for the United States

Dated: April __, 2006

_____
KRISTIAN D. WHITTEN
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Attorney for the Calif. Franchise Tax Board

Dated: April __, 2006

_____
SCOTT J. STILMAN
9200 Oakdale Ave., Seventh Floor
Mail Stop N110701
Chatsworth, CA 91311
Attorneys for Washington Mutual Bank

PRESTON GATES & ELLIS LLP

Dated: April __, 2006

_____
KATHLEEN O. PETERSON
Four Park Plaza, Suite 1900
Irvine, CA 92614-8559
Attorneys for Microsoft

Dated: April __, 2006

_____
J. CHRISTOPHER HALL
Attorney for Wajahat Ali
 And Zulfiqar Eqbal

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED, **EXCEPT THE CASE MANAGEMENT CONFERENCE WILL BE HELD ON SEPTEMBER 8, 2006, AT 1:30 P.M.**

*Claudia Wilken*

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order Staying Case
C 05-2414 CW                             3