1  J. CHRISTOPHER HALL
   Attorney at Law (California)
2  234 Riverbank
   Burlington, N. J. 08016-1313
3  Tel: 609-387-1688

4  Attorney for Claimants WAJAHAT ALI
   and ZULFIQAR EQBAL
5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,              )   No. C 05-2414 CW
                                           )
13                Plaintiff,               )   STIPULATION AND ORDER
                                           )   CONTINUING CASE MANAGEMENT
14        vs.                              )   CONFERENCE
                                           )
15  (1) REAL PROPERTY AND IMPROVE-         )
    MENTS LOCATED AT 1069 CANYON           )
16  CREEK TERRACE, FREMONT, CALI-          )
    FORNIA, AND (2) $223,883.61 WHICH      )
17  ARE THE NET PROCEEDS FROM THE          )
    SALE OF 9900 LONGVIEW LANE,            )
18  PLEASANTON, CALIFORNIA,                )
                                           )
19                Defendants.              )
    _____)
20

21        On January 9, 2006, the Court stayed the instant case pending the resolution of the

22  related criminal case, *United States v. Mirza Ali, et al.*, No. 02-40081 CW (Superseding

23  Indictment returned March 10, 2005) and rescheduled the case management conference. *See*

24  Stipulation and Order, etc., filed January 9, 2006.  Subsequently, the case management

25  conference was again rescheduled until September 8, 2006 because the criminal action had not

26  yet been resolved.. *See* Stipulation and Order, etc., filed April 26, 2006.  The related criminal

27  case is still not yet resolved and thus this case remains stayed.  As a result, a case management

28  conference at this juncture would not be productive.

1    Accordingly, the parties agree, subject to this Court's approval, that the case management
2 conference currently set for September 8, 2006 be rescheduled to December 8, 2006 at 1:30 p.m.
3 because the criminal case has not yet been resolved and because government counsel will be out
4 of the country on September 8, 2006.

5 IT IS SO STIPULATED:

6 Dated: _____, 2006

    _____
7   J. CHRISTOPHER HALL
    Attorney for Claimants WAJAHAT ALI and
8   ZULFIQAR EQBAL

    KEVIN V. RYAN
9   United States Attorney

10 Dated: _____, 2006

    _____
11  PATRICIA J. KENNEY
    Assistant United States Attorney
    Attorney for the United States
12

13 Dated: _____, 2006

    _____
    KRISTIAN D. WHITTEN
    Office of the Attorney General
14  Attorney for the California Franchise
    State Tax Board
15

16 Dated: _____, 2006

    _____
    SCOTT J. STILMAN
    THERESA MARCHLEWSKI
17  Attorneys for Washington Mutual Bank

18 Dated: _____, 2006

    _____
19  KATHLEEN O. PETERSON
    PRESTON, GATES & ELLIS, LLP
    Attorneys for Microsoft
20

21 PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED ON THIS 5TH DAY
22 OF <u>SEPTEMBER</u>, 2006 THAT THE CASE MANAGEMENT CONFERENCE CURRENTLY
23 SCHEDULED FOR SEPTEMBER 8, 2006 IS CONTINUED TO DECEMBER 8, 2006 AT 1:30
24 P.M.

    */s/ Claudia Wilken*
    _____
25  HONORABLE CLAUDIA J. WILKEN
    United States District Judge
26

27
   Stip & Order
28 C 05-2414-CW