J. CHRISTOPHER HALL
Attorney at Law (CSB#156173)
234 Riverbank
Burlington, N. J. 08016-1313
Tel: 609-387-1688

Attorney for Claimants
ZULFIQAR EQBAL and
WAJAHAT ALI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: C 05-2414 CW |
| ) Plaintiff, ) | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT |
| ) vs. ) | CONFERENCE **AS MODIFIED** |
| ) (1) REAL PROPERTY AND IMPROVE- ) MENTS LOCATED AT 1069 CANYON ) CREEK TERRACE, FREMONT, CALI- ) FORNIA, AND (2) $223,883.61 WHICH ) ARE THE PROCEEDS FROM THE ) SALE OF 9900 LONGVIEW LANE, ) PLEASANTON, CALIFORNIA, ) ) Defendants. ) _____) | |

On January 9, 2006, the Court stayed the instant case pending the resolution of the related criminal case, United States v. Mirza Ali, et al., No. 02-40081 CW (Superseding Indictment returned March 10, 2005) and rescheduled the case management conference. See Stipulation and Order, etc., filed January 9, 2006. Subsequent case management conferences have been continued and the most recently scheduled case management conference was set for December 8, 2006 because the criminal action had not yet been resolved. See Stipulation and

U.S.A. vs. 1069 Canyon Creek Terrace, Fremont, et al.
C-05-2414 CW                                    1

1  Order filed August 24, 2006. The related criminal case has yet to be resolved and thus this case
2  remains stayed. In the event the stay is lifted in the near future no productive progress will have
3  been made with regard to a resolution of the instant case prior to the date of the presently
4  scheduled Case Management Conference and as a result a Case Management Conference at this
5  juncture would not be productive.

6       Accordingly, the parties agree, subject to this Court's approval, that the Case
7  Management Conference currently set for December 8, 2006, be rescheduled to April 13, 2006 at
8  1:30 p. m. because the criminal case has not yet been resolved, the instant matter is presently
9  stayed and a case management conference would serve no beneficial purpose at this time.

10

11  IT IS SO STIPULATED:

12  Dated: _____, 2006      _____
13                 J. CHRISTOPHER HALL
               Attorney for Claimants WAJAHAT ALI
               and ZULFIQAR EQBAL
14

15                 KEVIN V. RYAN
               United States Attorney

16  Dated: _____, 2006      _____
               PATRICIA J. KENNEY
17                 Assistant United States Attorney
               Attorney for the United States
18
   Dated: _____, 2006      _____
19                 KRISTIAN D. WHITTEN
               Office of the Attorney General
20                 Attorney for the California Franchise
               State Tax Board
21
   Dated: _____, 2006      _____
22                 SCOTT J. STILMAN
               THERESA MARCHLEWSKI
23                 Attorneys for Washington Mutual Bank

24  Dated: _____, 2006      _____
               KATHLEEN O. PETERSON
25                 PRESTON, GATES & ELLIS, LLP
               Attorneys for Microsoft
26

27
U.S.A. vs. 1069 Canyon Creek Terrace, Fremont, et al.
28  C-05-2414 CW                2

1  PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED ON THIS 29TH DAY
2  OF NOVEMBER, 2006 THAT THE CASE MANAGEMENT CONFERENCE CURRENTLY
3  SCHEDULED FOR DECEMBER 8, 2006 AT 1:30 P.M. IS CONTINUED TO **MARCH 12,**
4  **2007 AT 2:30 P. M.**

*/s/ Claudia Wilken*
_____
THE HONORABLE CLAUDIA J. WILKEN
United States District Court Judge

U.S.A. vs. 1069 Canyon Creek Terrace, Fremont, et al.
C-05-2414 CW                                    3