IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

(1) REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1069 CANYON CREEK TERRACE, FREMONT, CALIFORNIA; AND (2) $223,883.61 WHICH ARE THE NET PROCEEDS FROM THE SALE OF 9900 LONGVIEW LANE, PLEASANTON, CALIFORNIA,

    Defendants.
_____/

No. C 05-2414 CW

ORDER DIRECTING PARTIES TO FILE CASE MANAGEMENT STATEMENT

    On March 27, 2008, the Court entered an order in <u>United States v. Ali</u>, Case No. CR 02-40081, directing that the property which is the subject of the present action be forfeited to the United States.  In light of that order, any party with an interest in the present case shall within ten days file a case management statement indicating what issues, if any, remain to be decided.  Any party that identifies such an issue shall also include in its case management statement a proposal for how that issue should be decided.

    IT IS SO ORDERED.

Dated: 5/7/08

_____
CLAUDIA WILKEN
United States District Judge