JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHEN CORRIGAN (MA SBN 100560)
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:   415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>   v.<br><br>(1) REAL PROPERTY AND IMPROVE-<br>MENTS LOCATED AT 1069 CANYON<br>CREEK TERRACE, FREMONT, CA, AND<br>(2) $223,883.61 WHICH ARE THE NET<br>PROCEEDS FROM THE SALE OF 9900<br>LONGVIEW LANE, PLEASANTON, CA,<br><br>            Defendants. | CV 05-2414 CW |
| WAJAHAT ALI, ZULFIQAR EQBAL,<br>WASHINGTON MUTUAL BANK AND<br>FRANCISE TAX BOARD STATE OF<br>CALIFORNIA,<br>            Claimants. | |
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>   v.<br><br>MIRZA ALI a/k/a/ ZULFIQAR EQBAL<br>AND SAMEENA ALI,<br><br>            Defendants. | CR 02-40081 CW<br><br>ORDER Re: PROOF OF INSURANCE |

1   UPON CONSIDERATION of the motion of the United States for immediate sale, the
2 hearing on July 2, 2008 and the entire record, it is by the Court on this  9th   day of July, 2008
3   ORDERED that defendants are to provide to the Court and counsel for the United States
4 a copy of their insurance policy and proof of paid insurance, which discloses the amount insured,
5 for the real property and improvements, including the residence, at 1069 Canyon Creek Terrace,
6 Fremont, California  within 10 days of the date of this Order.



_____
HONORABLE CLAUDIA WILKEN
United States District Judge

Order Re: Proof of Insurance
CV 05-2414 CW
CR 02-40081 CW                   2