IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

(1) REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1069 CANYON CREEK TERRACE, FREMONT, CALIFORNIA; and
(2) $223,883.61 WHICH ARE THE NET PROCEEDS FROM THE SALE OF 9900 LONGVIEW LANE, PLEASANTON, CALIFORNIA,

    Defendants.
                                     /

No. C 05-2414 CW

ORDER ON CASE MANAGEMENT STATEMENTS

    On December 21, 2010, the Ninth Circuit issued its mandate in United States v. Ali, 620 F.3d 1062 (9th Cir. 2010).  In Ali, the Ninth Circuit reversed Defendants Mirza Ali's and Sameena Ali's convictions for promotion money laundering, but upheld their other convictions and the criminal forfeiture of the above-entitled property.

    Any party with an interest in the present case may within seven days file a case management statement indicating what issues, if any, remain to be decided.  Any party that identifies such an issue shall also include in its case management statement a proposal for how that issue should be decided.

    If no statement is received, the Court shall close this case.

    IT IS SO ORDERED.

Dated: 1/24/2011

                                            CLAUDIA WILKEN
                                            United States District Judge