MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               PLAINTIFF,<br>    v.<br>(1) REAL PROPERTY AND IMPROVE-<br>MENTS LOCATED AT 1069 CANYON<br>CREEK TERRACE, FREMONT, CA, AND<br>(2) $223,883.61 WHICH ARE THE NET<br>PROCEEDS FROM THE SALE OF 9900<br>LONGVIEW LANE, PLEASANTON, CA,<br>               Defendants.<br>WAJAHAT ALI, ZULFIQAR EQBAL,<br>WASHINGTON MUTUAL BANK AND<br>FRANCHISE TAX BOARD STATE OF<br>CALIFORNIA,<br>               Claimants. | CV 05-2414 CW<br><br>ORDER DISMISSING<br>THIS ACTION AS MOOT |

1     UPON CONSIDERATION of the motion of the United States to dismiss this action as moot,
2 the entire record and for good cause shown, it is by the Court on this __5th__ day of __April__
3     ORDERED that the motion of the United States be, and hereby is, GRANTED; and it is
4 further
5     ORDERED that the instant action be, and hereby is, DISMISSED.

                                          _____
                                          HONORABLE CLAUDIA WILKEN
                                          United States District Judge